UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, PAUL WATTS on their own behalf and on behalf of other participants in the defendant ERISA Plans<br><br>   Plaintiffs,<br><br>  v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, WHITE & WILLIAMS LLP, SCIALABBA & MORRISON, P.C., ANTHONY SCILABBA & ASSOCIATES, P.C.<br>THE STANDARD AUTOMOTIVE 401(K) PLAN, THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN<br><br>   Defendants . | Civil Action No.05-10355 NG |

## NOTICE OF APPEARANCE

  Please enter the appearance of Henry C. Dinger of Goodwin Procter LLP as counsel in this case for Defendant CitiStreet LLP.

                Respectfully submitted,

                /s/ Henry C. Dinger

                _____
                GOODWIN PROCTER LLP
                Exchange Place
                Boston, MA 02109-2881
                617.570.1000

### CERTIFICATE OF SERVICE

  I, Henry C. Dinger, hereby certify that on March 3, 2005 I caused a true copy of the foregoing Notice of Appearance to be served by United States Government mail to Thomas P. Smith, Esq., Caffrey & Smith, P.C., 300 Essex Street, Lawrence, MA 03840.

                /s/ Henry C. Dinger

LIBA/1484805.1

Dated: March 3, 2005