# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

Desmond, et al.

v.

CitiStreet, LLC, et al

**SUMMONS IN A CIVIL CASE**

FILED
IN CLERKS OFFICE

2005 FEB 23 P 3: 46

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

## 05 ‑ 10355 NG

TO: (Name and address of Defendant)

CitiStreet, LLC
c/o CT Corporation System
101 Federal St.
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Smith
Caffrey + Smith, P.C.
300 Essex St.
Lawrence, MA 01840
978-686-6151

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 2 3 2005

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*                                                                              March 3, 2005

I hereby certify and return that on 2/24/2005 at  2:10PM I served a true and
attested copy of the Summons and Complaint Motion, Memorandum Motion in this
action in the following manner: To wit, by delivering in hand to Allison
Liberto, process clerk and agent in charge of CT Corp. and its agent at the
time of service for Citi Street, LLC, at ,  101 Federal Street,  C/O CT
Corporation Systems Boston, MA 02108. U.S. District Court Fee ($5.00), Basic
Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00),
Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    John Cotter

_____
*Deputy Sheriff*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                              *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.