UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, AND PAUL WATTS, on their own behalf and on behalf of other participants in the defendant ERISA Plans,<br><br>      Plaintiffs,<br><br>    v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, WHITE & WILLIAMS, LLP, SCIALABBA & MORRISON, P.C., THE STANDARD AUTOMOTIVE 401(K) PLAN, AND THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br><br>      Defendants. | Civil Action No. 05-10355-NG |

**JOINT STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiffs Mary Desmond, Thomas Ziobrowski, and Paul Watts and Defendant Citistreet, LLC ("Citistreet"), by their undersigned counsel, hereby stipulate and agree that the time within which Citistreet must answer or otherwise respond to the Complaint is extended to, and including, Monday, April 18, 2005, and respectfully request that the Court grant this stipulated extension of time.

Respectfully submitted,

| | |
|---|---|
| MARY DESMOND,<br>THOMAS ZIOBROWSKI,<br>AND PAUL WATTS | CITISTREET, LLC |
| /s/ Matthew A. Caffrey<br>Matthew A. Caffrey<br>Thomas P. Smith<br>CAFFREY & SMITH, P.C.<br>300 Essex Street<br>Lawrence, MA 01840<br>(508) 686-3399 | /s/ Henry C. Dinger<br>Henry C. Dinger (#125340)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>(617) 570-1000 |

Dated: March 16, 2005

                         SO ORDERED: _____
                                                    Nancy Gertner, U.S.D.J.

LIBA/1514884.1