UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, PAUL WATTS on their own behalf and on behalf of other participants in the defendant ERISA Plans<br>      Plaintiff,<br><br>v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, WHITE AND WILLIAMS, LLP, SCIALABBA & MORRISON, P.C., ANTHONY L. SCIALABBA & ASSOCIATES, P.C., THE STANDARD AUTOMOTIVE 401(K) PLAN, THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br>      Defendants. | C.A. No. 05-10355NG |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

  Kindly enter our appearance as attorneys for White and Williams LLP, a defendant in the within matter.

            WHITE AND WILLIAMS LLP

            By its Attorneys,


            /s/ Michael F. Kraemer
            Michael F. Kraemer (#657156)
            Hinckley, Allen & Snyder LLP
            1500 Fleet Center
            Providence, Rhode Island 02903
            Phone: 401-274-2000
            Fax: 401-277-9600

Dated: March 31, 2005

## CERTIFICATION

Matthew A. Caffrey, Esq.  
Thomas P. Smith, Esq.  
Caffrey & Smith, P.C.  
300 Essex Street  
Lawrence, MA 01840

Henry C. Dinger, Esq.  
Goodwin Proctor LLP  
Exchange Place  
53 State Street  
Boston, MA 02109

    I hereby certify that I mailed a copy of the within to counsel of record, as above, on the 31st day of March, 2005.

/s/ Michael F. Kraemer

#651284v1