AO 44 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of MASSACHUSETTS

FILED
CLERKS OFFICE

'05 MAR 30 P 12: 56

Mary Desmond, et al.

V.

Morton C. Batt, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10355 NG

TO: (Name and address of Defendant)

Anthony L. Scialabba
7 Progress Place
Vorhees, New Jersey 08043

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Smith
Caffrey & Smith, P.C.
300 Essex Street
Lawrence, MA 01840

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 2 3 2005

CLERK                           DATE

(By) DEPUTY CLERK

Case 1:05-cv-10355-NG    Document 12    Filed 03/30/2005    Page 2 of 2