40 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____MASSACHUSETTS_____

Mary Desmond, et al.

V.

Morton C. Batt, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 C 10355 NG

TO: (Name and address of Defendant)

White and Williams LLP
1800 One Liberty Place
Philadelphia, PA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Smith
Caffrey & Smith, P.C.
300 Essex Street
Lawrence, MA 01840

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 23 2005

CLERK

(By) DEPUTY CLERK

DATE


COPY

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/10/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jeffrey Blum | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sue Andrews Secretary accepted service for White + Williams at 1800 Liberty Place, Phila PA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/05
            Date               Signature of Server

235 S 13th St, Phila PA 19107
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sheriff's # 36341

AFFIDAVIT OF SERVICE

FILED
CLERKS OFFICE
2005 MAR 30  P 12:55
U.S. DISTRICT COURT
DISTRICT OF MASS

Plaintiff
Mary Desmond

Court Name District

County Name Lawrence
State MA

Sheriff's # 36341

AFFIDAVIT OF SERVICE

FILED
CLERKS OFFICE
2005 MAR 30 P 12:55
US DISTRICT COURT
DISTRICT OF MASS

Plaintiff  Mary Desmond

vs.

Defendant  White + Williams, LLP
1800 One Liberty Place
Philadelphia, PA

Court Name  District
County Name  Lawrence
State  MA
Case #  05CV10355NG

COMMONWEALTH OF PENNSYLVANIA: SS: COUNTY OF PHILADELPHIA

That on March 10th at 10:25 am/pm service of (document) Summons/Complaint was made upon (defendant) White Williams LLP by serving to and leaving with (name of defendant or person served, and relationship/title) Sue Andrews Secretary at (address) 1800 Liberty Place in the City and County of Philadelphia, Commonwealth of Pennsylvania.

NOT FOUND:

That on _____ at _____ am/pm service was not made because:
___ moved ___ no answer ___ expired ___ unknown ___ vacant
___ other: _____

Process Server  Jeffrey Blum

Sworn to and Subscribed to before me this
15th day of March, 2005
Notary Public

Sheriff John D. Green

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN L ROSENFELD, Notary Public
City of Philadelphia, Phila County
My Commission Expires March 11, 2006