LAW OFFICES
# ANTHONY L. SCIALABBA & ASSOCIATES, P.C.
A PROFESSIONAL CORPORATION

ANTHONY L. SCIALABBA◆
GEOFFREY M. STRUNK♦

MEREDITH W. WHITNEY ♦

GREENTREE EXECUTIVE CAMPUS
1002 LINCOLN DRIVE WEST
SUITE B
MARLTON, NEW JERSEY 08053-1533
856-396-0499
FACSIMILE: 856-396-0488
E-MAIL: email@samlawfirm.com

OF COUNSEL:
JOHN C. PENBERTHY, III ◆
M. KRISTI COOK■
ELIZABETH A. JENKINS+

● ALSO PA, DC & OH BARS
♦ ALSO PA BAR
+ ALSO NY BAR
■ PA ONLY

March 22, 2005

**Via Fax and Certified Mail / Return Receipt Requested**

The Honorable Nancy Gertner
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 4130
Boston, MA 02210

Re:   Extension of Time to Answer Complaint (Mary Desmond et. al. v. Morton C. Batt et. al. Case Number : 05 10355 NG)

Dear Judge Gertner:

This letter is written to inform the court of the result of a telephone conversation held on March 22, 2005 between Thomas P. Smith, Esquire of Caffrey & Smith, P.C., representing plaintiffs in the above-referenced matter, and me, Geoffrey M. Strunk, Esquire of Scialabba & Associates, P.C., assisting in the representation of defendants, Anthony L. Scialabba, Scialabba & Morrison, P.C. and Anthony L. Scialabba & Associates, P.C. ("Defendants") in the above referenced matter. In this regard, Mr. Smith has agreed to extend the deadline for filing an answer to the complaint served upon Defendants for an additional 15 days after the initial response date set forth within the summons.

If you have any questions with regard to this letter, please contact me.

Very truly yours,

SCIALABBA & ASSOCIATES, P.C.

Geoffrey M. Strunk

cc:   Thomas P. Smith, Caffrey & Smith, P.C. (via fax (978/686-3399) and certified mail / return receipt requested)