UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, AND PAUL WATTS, on their own behalf and on behalf of other participants in the defendant ERISA Plans,<br><br>      Plaintiffs,<br><br>   v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, WHITE & WILLIAMS, LLP, SCIALABBA & MORRISON, P.C., THE STANDARD AUTOMOTIVE 401(K) PLAN, AND THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br><br>      Defendants. | Civil Action No. 05-10355-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Joshua L. Stayn on behalf as counsel for defendant CitiStreet, LLC in the above-captioned matter. Defendant CitiStreet, LLC will continue to be represented by Henry C. Dinger of Goodwin Procter LLP.

          Respectfully submitted,

          CITISTREET, LLC

          /s/ Joshua L. Stayn
          Henry C. Dinger (BBO # 125340)
          Joshua L. Stayn (BBO # 652344)
          GOODWIN PROCTER LLP
          Exchange Place
          Boston, MA 02109-2881
          Tel: (617) 570-1000
          Fax: (617) 523-1231

Dated: April 1, 2005

LIBA/1522424.1