## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                                )
MARY DESMOND, THOMAS ZIOBROWSKI,  )
PAUL WATTS on their own behalf and on  )
behalf of other participants in the defendant ERISA  )
Plans,  )
  )
      **Plaintiffs,**  )
  )    Civil Action No.:  05-10355-NG
      v.  )
  )
MORTON C. BATT, ANTHONY L. SCIALABBA,)
CITISTREET, LLC, WHITE & WILLIAMS, LLP,  )
SCIALABBA & MORRISON, P.C., ANTHONY  )
L. SCIALABBA & ASSOCIATES, P.C., THE  )
STANDARD AUTOMOTIVE 401(K) PLAN,  )
THE STANDARD AUTOMOTIVE EMPLOYER  )
CONTRIBUTION PLAN,  )
  )
      **Defendants.**  )
_____)

## APPEARANCE OF RONALD M. JACOBS ON BEHALF OF ANTHONY L. SCIALABBA, AND ANTHONY L. SCIALABBA & ASSOCIATES, P.C.

      Pursuant to Local Rule 83.5.2, please enter my appearance in this matter on behalf of defendants Anthony L. Scialabba and Anthony L. Scialabba & Associates, P.C.  This Appearance is accompanied by or will soon be followed by an application pursuant to Local Rule 83.5.3(b) for admission <u>pro</u> <u>hac</u> <u>vice</u> of Anthony L. Scialabba, Esq. and Geoffrey M.

Strunk, Esq., Scialabba & Associates, P.C., 1002 Lincoln Drive West, Suite B, Marlton, NJ 08053, telephone number (856) 396-0499.

        ANTHONY L. SCIALABBA,
and ANTHONY L. SCIALABBA & ASSOCIATES, P.C.

By their attorneys,

/s/Ronald M. Jacobs
Ronald M. Jacobs (BBO# 561535)
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated:  April 4, 2005

223654.1