UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, PAUL WATTS on their own behalf and on behalf of other participants in the defendant ERISA Plans,<br><br>**Plaintiffs,**<br><br>v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, WHITE & WILLIAMS, LLP, SCIALABBA & MORRISON, P.C., ANTHONY L. SCIALABBA & ASSOCIATES, P.C., THE STANDARD AUTOMOTIVE 401(K) PLAN, THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br><br>**Defendants.** | Civil Action No.: 05-10355-NG |

## JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiffs Mary Desmond, Thomas Ziobrowski, and Paul Watts and Defendants Anthony L. Scialabba and Anthony L. Scialabba & Associates, P.C. ("Scialabba Defendants"), by their undersigned counsel, hereby stipulate and agree that the time within which the Scialabba Defendants must answer or otherwise respond to the Complaint is extended to and including Tuesday, April 26, 2005, and respectfully request that the Court grant this stipulated extension of time.

Respectfully submitted,

MARY DESMOND, THOMAS ZIOBROWSKI, AND PAUL WATTS

/s/Thomas P. Smith (by Attorney Jacobs, with authority)
Matthew A. Caffrey
Thomas P. Smith
CAFFREY & SMITH, P.C.
300 Essex Street
Lawrence, MA 01840
(508) 686-3399

ANTHONY L. SCIALABBA and
ANTHONY L. SCIALABBA &
ASSOCIATES, P.C.

/s/Ronald M. Jacobs
Ronald M. Jacobs (#561535)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

SO ORDERED: _____

Dated: April 4, 2005                           Nancy Gertner, U.S.D.J

223714.1