UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mary Desmond, Thomas Ziobrowski and Paul Watts | CIVIL ACTION |
| v. | NO. 05-cv-10355 NG |
| Morton C. Batt, Anthony L. Scialabba, Citistreet LLC, White and Williams LLP, Scialabba & Morrison, P.C., Anthony L. Scialabba & Associates, P.C., The Standard Automotive 401(k) Plan, and The Standard Automotive Employer Contribution Plan | |

## JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiffs, Mary Desmond, Thomas Ziobrowski, and Paul Watts, and Defendant, White and Williams LLP, by their undersigned counsel, hereby stipulate and agree that the time within which White and Williams LLP must answer or otherwise respond to the Complaint is extended to, and including, Friday, April 29, 2005, and respectfully request that the Court grant this stipulated extension of time.

Respectfully submitted,

| MARY DESMOND, THOMAS ZIOBROWSKI, AND PAUL WATTS | WHITE AND WILLIAMS LLP |
|---|---|
| /s/ Thomas P. Smith<br>Matthew A. Caffrey<br>Thomas P. Smith<br>CAFFREY & SMITH, P.C.<br>300 Essex Street<br>Lawrence, MA 01840<br>(508) 686-3399 | /s/ Michael F. Kraemer<br>Michael F. Kraemer (#657156)<br>HINCKLEY, ALLEN & SNYDER LLP<br>1500 Fleet Center<br>Providence, RI 02903<br><br>(401) 274-2000 |

Dated: March 31, 2005

SO ORDERED:_____
Nancy Gertner, U.S.D.J.

#651922v1