## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____<br>)<br>MARY DESMOND, THOMAS ZIOBROWSKI, )<br>PAUL WATTS on their own behalf and on )<br>behalf of other participants in the defendant ERISA )<br>Plans, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>MORTON C. BATT, ANTHONY L. SCIALABBA,)<br>CITISTREET, LLC, WHITE & WILLIAMS, LLP, )<br>SCIALABBA & MORRISON, P.C., ANTHONY )<br>L. SCIALABBA & ASSOCIATES, P.C., THE )<br>STANDARD AUTOMOTIVE 401(K) PLAN, )<br>THE STANDARD AUTOMOTIVE EMPLOYER )<br>CONTRIBUTION PLAN, )<br>)<br>**Defendants.** )<br>_____) | Civil Action No.:  05-10355-NG |

### APPLICATION OF DEFENDANTS ANTHONY L. SCIALABBA AND ANTHONY L. SCIALABBA & ASSOCIATES, P.C. PURSUANT TO LOCAL RULE 83.5.3(b) FOR ADMISSION PRO HAC VICE OF <u>ANTHONY L. SCIALABBA, ESQ. AND GEOFFREY M. STRUNK, ESQ.</u>

Defendants Anthony L. Scialabba and Anthony L. Scialabba & Associates, P.C. (the "Scialabba Defendants"), by and through the below-signed counsel, who is a member of the Bar of this Court and is also filing an Appearance in this matter, hereby apply pursuant to Local Rule 83.5.3(b) for admission of Attorneys Anthony L. Scialabba, Esq. and Geoffrey M. Strunk, Esq., Scialabba & Associates, P.C., 1002 Lincoln Drive West, Suite B, Marlton, New Jersey on behalf

of the Scialabba Defendants in this matter.  As set forth in the accompanying Certificate of Attorneys Scialabba and Strunk, each has certified that:

1.  He is a member of the Bar in good standing in every jurisdiction where he or she has been admitted to practice;

2.  There are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction; and

3.  He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

For the reasons stated above, the Scialabba Defendants, by the undersigned counsel, respectfully request that Attorneys Anthony L. Scialabba, Esq. and Geoffrey M. Strunk, Esq., Scialabba & Associates, P.C., 1002 Lincoln Drive West, Suite B, Marlton, New Jersey, be admitted to practice in this Court in this matter on behalf of the Scialabba Defendants.

ANTHONY L. SCIALABBA,
and ANTHONY L. SCIALABBA &
ASSOCIATES, P.C.

By their attorneys,

/s/Ronald M. Jacobs
Ronald M. Jacobs (BBO# 561535)
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated:  April 6, 2005

223661.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
MARY DESMOND, THOMAS ZIOBROWSKI,             )
PAUL WATTS on their own behalf and on        )
behalf of other participants in the defendant ERISA )
Plans,                                        )
                                              )
      **Plaintiffs,**                             )
                                              )   Civil Action No.:  05-10355-NG
v.                                            )
                                              )
MORTON C. BATT, ANTHONY L. SCIALABBA,)
CITISTREET, LLC, WHITE & WILLIAMS, LLP, )
SCIALABBA & MORRISON, P.C., ANTHONY  )
L. SCIALABBA & ASSOCIATES, P.C., THE  )
STANDARD AUTOMOTIVE 401(K) PLAN,     )
THE STANDARD AUTOMOTIVE EMPLOYER )
CONTRIBUTION PLAN,                    )
                                              )
      **Defendants.**                            )
_____)

**CERTIFICATE OF ATTORNEYS SCIALABBA AND STRUNK
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

      The undersigned hereby certify that they are familiar with the Local Rules of this Court. Each certifies that he is a member in good standing of the courts of the State of New Jersey. The undersigned, Anthony L. Scialabba, Esq., certifies that he is also a member in good standing of the Ohio, District of Columbia, and Pennsylvania Bars. The undersigned, Geoffrey M. Strunk, Esq., certifies that he is also a member in good standing of the Pennsylvania Bar.

Each of the undersigned further certifies that there are no disciplinary proceedings pending against him in any jurisdiction in which he has been admitted to practice.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 4th DAY OF APRIL, 2005.


   /s/ Anthony L. Scialabba
Anthony L. Scialabba, Esq.


   /s/ Geoffrey M. Strunk
Geoffrey M. Strunk, Esq.


223665.1