UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
MARY DESMOND, THOMAS ZIOBROWSKI,     )
PAUL WATTS on their own behalf and on )
behalf of other participants in the defendant ERISA )
Plans,                              )
                                    )
   **Plaintiffs,**                  )
                                    )   Civil Action No.:  05-10355-NG
   v.                               )
                                    )
MORTON C. BATT, ANTHONY L. SCIALABBA,)
CITISTREET, LLC, WHITE & WILLIAMS, LLP, )
SCIALABBA & MORRISON, P.C., ANTHONY )
L. SCIALABBA & ASSOCIATES, P.C., THE )
STANDARD AUTOMOTIVE 401(K) PLAN,    )
THE STANDARD AUTOMOTIVE EMPLOYER    )
CONTRIBUTION PLAN,                  )
                                    )
   **Defendants.**                  )
_____)

**JOINT STIPULATION AND ORDER TO EXTEND TIME UNTIL MAY 16, 2005 TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiffs Mary Desmond, Thomas Ziobrowski, and Paul Watts and Defendants Anthony L. Scialabba and Anthony L. Scialabba & Associates, P.C. ("Scialabba Defendants"), by their undersigned counsel, hereby stipulate and agree that the time within which the Scialabba Defendants must answer or otherwise respond to the Complaint is extended to and including May 16, 2005, and respectfully request that the Court grant this stipulated extension of time.

|  | Respectfully submitted, |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, AND PAUL WATTS | ANTHONY L. SCIALABBA and ANTHONY L. SCIALABBA & ASSOCIATES, P.C. |
| /s/Thomas P. Smith (by Attorney Jacobs, with authority) Matthew A. Caffrey Thomas P. Smith CAFFREY & SMITH, P.C. 300 Essex Street Lawrence, MA 01840 (508) 686-3399 | /s/Ronald M. Jacobs Ronald M. Jacobs (#561535) CONN KAVANAUGH ROSENTHAL PEISCH  & FORD, LLP Ten Post Office Square Boston, MA 02109 (617) 482-8200 |

SO ORDERED: _____

Dated: April 26, 2005                             Nancy Gertner, U.S.D.J

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served on those parties whose counsel have registered with the Court's ECF service by employing such service for filing this document and upon pro so defendant Morton C. Batt on April 26, 2005 by mailing a copy to Morton C. Batt, 2424 NW 63rd Street, Boca Raton, FL 33496-3626.


                    /s/Ronald M. Jacobs

225333.1