IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, AND PAUL WATTS, on their own behalf and on behalf of other participants in the defendant ERISA Plans<br>        Plaintiff<br><br>v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, WHITE & WILLIAMS, LLP, SCIALABBA & MORRISON, P.C., THE STANDARD AUTOMOTIVE 401(K) PLAN, AND THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN<br>        Defendant | CIVIL ACTION<br><br>05-10355-NG |

**JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiffs Mary Desmond, Thomas Ziobrowski, and Paul Watts and Defendant White and Williams LLP, by their undersigned counsel, hereby stipulate and agree that the time within which White and Williams LLP must answer or otherwise respond to the Complaint is extended up to, and including June 30, 2005, and respectfully request that the Court grant this stipulated extension of time.

Respectfully submitted,
**MARY DESMOND, THOMAS ZIOBROWSKI, AND PAUL WATTS**

_____
Matthew A. Caffrey
Thomas P. Smith
CAFFREY & SMITH, P.C.
300 Essex Street
Lawrence, MA 01840
(508) 686-3399

**WHITE AND WILLIAMS LLP**

/s/ Michael F. Kraemer
Michael F. Kraemer (#657156)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000

Dated: June 14, 2005

SO ORDERED:

_____
Nancy Gertner, U.S.D.J.

CERTIFICATION

I, Michael F. Kraemer, served a copy of the foregoing document on those parties whose counsel have registered with the Court's EFC service by employing such service for filing this document and upon pro se defendant Morton C. Batt on June 14, 2005 by mailing a copy to:

Morton C. Batt
2424 NW 63rd Street
Boca Raton, FL 33496-3626

/s/ Michael F. Kraemer
_____

#663165v1 (58437/125207)