UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, PAUL WATTS on their own behalf and on behalf of other participants in the defendant ERISA Plans<br>　　　　　Plaintiff,<br><br>v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, WHITE AND WILLIAMS, LLP, SCIALABBA & MORRISON, P.C., ANTHONY L. SCIALABBA & ASSOCIATES, P.C., THE STANDARD AUTOMOTIVE 401(K) PLAN, THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br>　　　　　Defendants. | C.A. No. 05-cv-10355 NG |

## CERTIFICATION

And now this 20th day of June 2005, in accordance with the Order entered on May 12, 2005, White and Williams LLP, by its authorized representative, and its undersigned counsel, certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation of this action, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　　WHITE AND WILLIAMS LLP

　　　　　　　　　　　　　　　　　　　/s/ Michael Kassak
　　　　　　　　　　　　　　　　　　　Michael Kassak, Partner

WHITE AND WILLIAMS LLP

By its Attorney,

/s/ Michael F. Kraemer
Michael F. Kraemer (#657156)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000

Dated: June 20, 2005

### CERTIFICATE OF SERVICE

I, Michael F. Kraemer, served a copy of the foregoing document on those parties whose counsel have registered with the Court's EFC service by employing such service for filing this document and upon pro se defendant Morton C. Batt on June 20, 2005 by mailing a copy to:

Morton C. Batt
2424 NW 63rd Street
Boca Raton, FL 33496-3626

/s/ Michael F. Kraemer

#663910v1 (58437/125207)