**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                        )
MARY DESMOND, THOMAS ZIOBROWSKI,         )
PAUL WATTS on their own behalf and on    )
behalf of other participants in the defendant ERISA )
Plans,                                   )
                                        )
         Plaintiffs,                     )
                                        )
         v.                              )  Civil Action No.:  05-10355-NG
                                        )
MORTON C. BATT, ANTHONY L. SCIALABBA,   )
CITISTREET, LLC, WHITE & WILLIAMS, LLP,  )
SCIALABBA & MORRISON, P.C., ANTHONY      )
L. SCIALABBA & ASSOCIATES, P.C., THE     )
STANDARD AUTOMOTIVE 401(K) PLAN,         )
THE STANDARD AUTOMOTIVE EMPLOYER         )
CONTRIBUTION PLAN,                       )
                                        )
         Defendants.                     )
_____)
```

**LOCAL RULE 16.1(D)(3) CERTIFICATIONS OF ANTHONY L. SCIALABBA, ANTHONY L. SCIALABBA & ASSOCIATES, P.C., AND THEIR COUNSEL**

The below-signed defendants and counsel hereby certify in accordance with Local Rule 16.1(D)(3) that they have conferred:  (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**ANTHONY L. SCIALABBA,**

/s/Anthony L. Scialabba

**ANTHONY L. SCIALABBA &**
    **ASSOCIATES, P.C.**

/s/Anthony L. Scialabba                                        (continued on following page)

**ATTORNEYS FOR DEFENDANTS**
**ANTHONY L. SCIALABBA, ESQ. AND**
**ANTHONY L. SCIALABBA & ASSOCIATES, P.C.**

/s/Ronald M. Jacobs
Ronald M. Jacobs (BBO# 561535)
CONN KAVANAUGH ROSENTHAL
    PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on June 20, 2005 on those parties whose counsel have registered with the Court's ECF service by employing such service for filing this document and upon pro so defendant Morton C. Batt on June 21, 2005 by mailing a copy to Morton C. Batt, 2424 NW 63rd Street, Boca Raton, FL  33496-3626.

/s/Ronald M. Jacobs

228777.1