UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
MARY DESMOND, THOMAS ZIOBROWSKI, )
PAUL WATTS on their own behalf and on )
behalf of other participants in the defendant ERISA )
Plans )
)
    **Plaintiffs**, )
)
    v. )   Civil Action No. 05-cv-10355 NG
)
MORTON C. BATT, ANTHONY L. SCIALABBA,)
CITISTREET, LLC, WHITE & WILLIAMS, LLP, )
SCIALABBA & MORRISON, P.C., )
ANTHONY L. SCIALABBA & ASSOCIATES, )
P.C. )
THE STANDARD AUTOMOTIVE 401(K) PLAN,)
THE STANDARD AUTOMOTIVE EMPLOYER )
CONTRIBUTION PLAN, )
    **Defendants**. )
_____)

## JOINT STATEMENT

    Pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference (May 12, 2005), the Parties having conferred as required submit the following joint statement:

    **A.**    **Introduction**

    Pending before the Court are Plaintiff's Motion for a Preliminary Injunction and Defendants Anthony L. Scialabba and Anthony L. Scialabba and Associates, P.C. Motion to Dismiss or In the Alternative Transfer.

    **B.**    **Settlement**

    Plaintiffs have tendered a settlement offer to each of the Defendants. The Parties would accept a referral to the Court's ADR program for a non-binding half-day mediation.

    **C.**    **Trial by Magistrate**

The parties do not assent to trial by the Magistrate Judge.

### D. Local Rule 16.1(D) Certifications

Each party will file separately their/its own Local Rule 16.1(D) certification.

### E. Proposed Pretrial Schedule and Discovery Plan

#### 1. Discovery Limits

Subject to and without waiving the right to move the Court for additional discovery, the Parties agree to the discovery event limitations imposed by Local Rule 26.1(c).

#### 2. Discovery Schedules

All parties propose the following schedule:

| | |
|---|---|
| Initial disclosures under Rule 26(a)(1): | July 12, 2005[1] |
| Opening of fact discovery: | July 12, 2005 |
| Close of fact discovery: | January 13, 2006 |

Plaintiff proposes the following schedule in which Defendants Batt, White & Williams, LLP concur

| | |
|---|---|
| Expert disclosure under Rule 26(a)(2) as to those issues for which the disclosing party has the burden of proof: | February 24, 2006 |
| Rebuttal expert disclosure: | April 24, 2006 |
| Close of expert discovery: | May 31, 2006 |
| Service of dispositive motions: | June 9, 2006 |
| Oppositions to dispositive motions | July 7, 2006 |

---

[1] Defendants Anthony L. Scialabba and Anthony L. Scialabba and Associates, P.C. request that, in the event that the Court has not ruled on the pending motion to dismiss/transfer by June 30, 2005, the schedule outlined not begin until 2 weeks after any denial of said motion. Plaintiffs request that discovery commence as indicated regardless of the date of decision on pending motions.

| | |
|---|---|
| Hearing on dispositive motions: | To be set by Court |
| Final Pretrial Conference: | To be set by Court |
| Trial date: | To be set by Court |

Defendants Anthony L. Scialabba and Anthony L. Scialabba and Associates, P.C. propose the following schedule:

| | |
|---|---|
| Plaintiff's expert disclosure: | February 24, 2006 |
| Defendant's expert disclosure: | April 24, 2006 |
| Close of expert discovery: | June 26, 2006 |
| Service of dispositive motions: | August 28, 2006 |
| Oppositions to dispositive motions | September 25, 2006 |
| Hearing on dispositive motions: | To be set by Court |
| Final Pretrial Conference: | To be set by Court |
| Trial date: | To be set by Court |

Defendant Citistreet LLP proposes the following schedule:

| | |
|---|---|
| Expert disclosure under Rule 26(a)(2) as to those issues for which the disclosing party has the burden of proof: | February 24, 2006 |
| Rebuttal expert disclosure: | April 24, 2006 |
| Close of expert discovery: | June 26, 2006 |
| Service of dispositive motions: | August 28, 2006 |
| Oppositions to dispositive motions | September 25, 2006 |
| Hearing on dispositive motions: | To be set by Court |
| Final Pretrial Conference: | To be set by Court |
| Trial date: | To be set by Court |

    F.    **Additional Issues**

        None.

PLAINTIFFS MARY DESMOND, THOMAS ZIOBROWSKI, And PAUL WATTS.

By their attorneys,

  /s/ Thomas P. Smith
Thomas P. Smith (BBO #555513)
Matthew A. Caffrey (BBO #558901)
 CAFFREY & SMITH, P.C.
 300 Essex Street
 Lawrence, MA 01840
 Telephone: (978) 686-6151
 Telecopy: (978) 686-3399

MORTON C. BATT

pro se,

 /s/ Morton C. Batt
Morton C. Batt
 2424 NW 63rd St.
 Boca Raton, FL 33496
 Telephone: (561) 893-6870
 Telecopy: (561) 868-2137

ANTHONY L. SCIALABBA and
ANTHONY L. SCIALABBA and ASSOCIATES, P.C.

By their attorneys,


  /s/ Ronald M. Jacobs
Ronald M. Jacobs (BBO # 561535)
 CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
 Ten Post Office Square
 Boston, MA 02109
 Telephone: (617) 482-8200


CITISTREET, LLC

By its attorneys,


  /s/ Joshua L. Stayn
Henry C. Dinger (BBO #125340)
Joshua L. Stayn (BBO #652344)
 GOODWIN PROCTER LLP
 Exchange Place
 Boston, MA 02109
 Telephone: (617) 570-1000
 Telecopy: (617) 523-1231


WHITE AND WILLIAMS, LLP

By its attorneys,


  /s/ Michael F. Kraemer
Michael F. Kraemer (BBO # 657156)
 HINKLEY ALLEN & SNYDER, LLP
 1500 Fleet Center
 Providence, RI 02903
 Telephone: (401) 274-2000
 Telecopy: (401) 277-9600

Date: June 21, 2005