UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
MARY DESMOND, THOMAS ZIOBROWSKI,            )
PAUL WATTS on their own behalf and on       )
behalf of other participants in the defendant ERISA )
Plans                                       )
                                            )
            **Plaintiffs**,                 )
                                            )
            v.                              )   Civil Action No. 05-cv-10355 NG
                                            )
MORTON C. BATT, ANTHONY L. SCIALABBA,)
CITISTREET, LLC, WHITE & WILLIAMS, LLP, )
SCIALABBA & MORRISON, P.C.,                 )
ANTHONY L. SCIALABBA & ASSOCIATES,          )
P.C.                                        )
 THE STANDARD AUTOMOTIVE 401(K) PLAN,)
THE STANDARD AUTOMOTIVE EMPLOYER            )
CONTRIBUTION PLAN,                          )
            **Defendants**.                 )
_____)


## PLAINTIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Plaintiffs Mary Desmond, Thomas Ziobrowski and Paul Watts and their counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as

those outlined in Local Rule 16.4


| /s/   Mary Desmond | /s/   Thomas Ziobrowski |
|---|---|
| Mary Desmond | Thomas Ziobrowski |


| /s/ Thomas P. Smith | /s/   Paul Watts |
|---|---|
| Thomas P. Smith (BBO #555513) | Paul Watts |
| CAFFREY & SMITH, P.C. | |
| 300 Essex Street | |
| Lawrence, MA 01840 | |
| Telephone: (978) 686-6151 | |
| Telecopy: (978) 686-3399 | |

Date:   June 21, 2005


CERTIFICATE OF SERVICE

I, Thomas P. Smith, served a copy of the foregoing document on those parties whose counsel have registered with the Court's ECF service by employing such service for filing this document and upon pro se defendant Morton Batt by mailing a copy, postage prepaid, to:

Morton C. Batt
2424 NW 63rd Street
Boca Raton, FL 33496-3626


Date: June 21, 2005            /s/ Thomas P. Smith
                                Thomas P. Smith