UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
MARY DESMOND, THOMAS ZIOBROWSKI,             )
PAUL WATTS on their own behalf and on        )
behalf of other participants in the defendant ERISA )
Plans                                        )
           **Plaintiffs**,                   )
                                             )
      v.                                     )   Civil Action No. 05-cv-10355 NG
                                             )
MORTON C. BATT, ANTHONY L. SCIALABBA,)
CITISTREET, LLC, WHITE & WILLIAMS, LLP,  )
SCIALABBA & MORRISON, P.C.,                 )
ANTHONY L. SCIALABBA & ASSOCIATES, P.C.)
THE STANDARD AUTOMOTIVE 401(K) PLAN,       )
THE STANDARD AUTOMOTIVE EMPLOYER     )
CONTRIBUTION PLAN,                           )
           **Defendants**.                   )
_____)


## NOTICE OF DISMISSAL AS TO DEFENDANT WHITE AND WILLIAMS LLP

   Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs hereby dismiss their claims against Defendant White and Williams LLP without prejudice.   White and Williams LLP has not filed an answer or a motion for summary judgment as of the date of this notice.

   The claims against the remaining defendants will continue.

                        PLAINTIFFS MARY DESMOND, THOMAS ZIOBROWSKI,
                        and  PAUL WATTS.

                        By their attorneys,

                         /s/ Thomas P. Smith_____
                        Thomas P. Smith (BBO #555513)
                        Matthew A. Caffrey (BBO #558901)
                         CAFFREY & SMITH, P.C.
                         300 Essex Street
                         Lawrence, MA 01840
Date: July 6, 2005       (978) 686-6151