UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
MARY DESMOND, THOMAS ZIOBROWSKI,    )
PAUL WATTS on their own behalf and on       )
behalf of other participants in the defendant ERISA )
Plans                                               )
                                                    )
        **Plaintiffs**,                             )
                                                    )
            v.                                      )   Civil Action No. 05-cv-10355 NG
                                                    )
MORTON C. BATT, ANTHONY L. SCIALABBA,)
CITISTREET, LLC, WHITE & WILLIAMS, LLP, )
SCIALABBA & MORRISON, P.C.,                 )
ANTHONY L. SCIALABBA & ASSOCIATES,    )
P.C.                                                )
 THE STANDARD AUTOMOTIVE 401(K) PLAN,)
THE STANDARD AUTOMOTIVE EMPLOYER   )
CONTRIBUTION PLAN,                          )
        **Defendants**.                             )
_____)


## STIPULATION

Pursuant to the agreement at the June 28, 2005 Rule 16 hearing, the undersigned parties stipulate to the entry of a preliminary injunction in substantially the form of Exhibit A. hereto

PLAINTIFFS MARY DESMOND, THOMAS ZIOBROWSKI, And
PAUL WATTS.

By their attorneys,

  /s/ Thomas P. Smith_____
Thomas P. Smith (BBO #555513)
Matthew A. Caffrey (BBO #558901)
 CAFFREY & SMITH, P.C.
 300 Essex Street
 Lawrence, MA 01840
 Telephone: (978) 686-6151
 Telecopy: (978) 686-3399

MORTON C. BATT

pro se,


 /s/ Morton C. Batt
Morton C. Batt
 2424 NW 63rd St.
 Boca Raton, FL 33496
 Telephone: (561) 893-6870
 Telecopy: (561) 868-2137

ANTHONY L. SCIALABBA and
ANTHONY L. SCIALABBA and ASSOCIATES, P.C.

By their attorneys,


  /s/ Ronald M. Jacobs
Ronald M. Jacobs (BBO # 561535)
  CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
 Ten Post Office Square
 Boston, MA 02109
 Telephone: (617) 482-8200


CITISTREET, LLC

By its attorneys,


   /s/ Joshua L. Stayn
Henry C. Dinger (BBO #125340)
Joshua L. Stayn (BBO #652344)
  GOODWIN PROCTER LLP
  Exchange Place
  Boston, MA 02109
  Telephone: (617) 570-1000
  Telecopy: (617) 523-1231


Date: July 6, 2005

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                   )
MARY DESMOND, THOMAS ZIOBROWSKI,   )
PAUL WATTS on their own behalf and on                 )
behalf of other participants in the defendant ERISA )
Plans                                                                  )                )
       **Plaintiffs**,                                            )
v.                                                                        )   Civil Action No. 05-cv-10355 NG
                                                                           )
MORTON C. BATT, ANTHONY L. SCIALABBA,)
CITISTREET, LLC, WHITE & WILLIAMS, LLP, )
SCIALABBA & MORRISON, P.C.,                       )
ANTHONY L. SCIALABBA & ASSOCIATES,   )
P.C.                                                                       )
THE STANDARD AUTOMOTIVE 401(K) PLAN,)
THE STANDARD AUTOMOTIVE EMPLOYER   )
CONTRIBUTION PLAN,                                       )
       **Defendants**.                                          )
_____)

## **PRELIMINARY INJUNCTION**

Upon application of the Plaintiffs, and after hearing and stipulation by the defendants, it is hereby ORDERED that:

1. Defendants, and those in active concert with them, are hereby restrained and prevented from taking or permitting any deductions or withdrawals from the Standard Automotive 401(k) Plan or the Standard Automotive Employer Contribution Plan to pay any expenses, whether characterized as "administrative expenses" or otherwise, without the written agreement of Plaintiffs (through counsel) or further order of this Court.

Date:                                                                      _____
                                                                                                                (Gertner, District Judge)