AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__

## APPEARANCE

CASE NUMBER: C5-CV-10355 NG

To the Clerk of this court and all parties of record:

Enter my appearance as ~~counsel~~ PRO SE in this case for MYSELF, MORTON C. BATT

__June 28, 2005__
Date

Signature

MORTON C. BATT
Print Name

2424 NW 63RD ST.
Address

BOCA RATON    FL    33496
City           State    Zip Code

561-893-6870
Phone Number