UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mary Desmond, Thomas Ziobrowski and
Paul Watts

vs.

Morton C. Batt, Anthony L. Scialabba,
CitiStreet LLC, White and Williams LLP,
Scialabba & Morrison, P.C., Anthony L.
Scialabba & Associates, P.C., The Standard
Automotive 401 (k) Plan, and The Standard
Automotive Employers Contribution Plan          C.A. No.05-ev-10355 NG

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF
MORTON C. BATT, PRO SE**

The below signed pro se defendant hereby certifies in accordance with Local Rule 16.1 (D)(3) that he has conferred:(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Morton C. Batt

**CERTIFICATE OF SERVICE**

I Hereby certify that a true copy of the above document was served on June 27, 2005 on counsel for the plaintiffs and counsel for all other defendants via E-mail.