EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, PAUL WATTS on their own behalf and on behalf of other participants in the defendant ERISA Plans<br>**Plaintiffs,**<br>v.<br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, WHITE & WILLIAMS, LLP, SCIALABBA & MORRISON, P.C., ANTHONY L. SCIALABBA & ASSOCIATES, P.C. THE STANDARD AUTOMOTIVE 401(K) PLAN, THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br>**Defendants.** | Civil Action No. 05-cv-10355 NG |

### PRELIMINARY INJUNCTION

Upon application of the Plaintiffs, and after hearing and stipulation by the defendants, it is hereby ORDERED that:

1. Defendants, and those in active concert with them, are hereby restrained and prevented from taking or permitting any deductions or withdrawals from the Standard Automotive 401(k) Plan or the Standard Automotive Employer Contribution Plan to pay any expenses, whether characterized as "administrative expenses" or otherwise, without the written agreement of Plaintiffs (through counsel) or further order of this Court.

Date: 7/13/2005

_____
(Gertner, District Judge)