IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY DESMOND, THOMAS ZIOBROWSKI,
PAUL WATTS on their own behalf and on behalf of
other participants in the defendant ERISA Plans,

Plaintiffs,

v.

Civil Action No. 05-10355 NG

MORTON C. BATT, ANTHONY L. SCIALABBA,
CITISTREET, LLC, WHITE & WILLIAMS, LLP,
SCIALABBA & MORRISON, P.C., ANTHONY L.
SCIALABBA & ASSOCIATES, P.C., THE
STANDARD AUTOMOTIVE 401(K) PLAN, THE
STANDARD AUTOMOTIVE EMPLOYER
CONTRIBUTION PLAN,

Defendants.

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of the defendant, Morton C. Batt, in the above-referenced matter.

WHITE AND WILLIAMS LLP

By: _____
Michael O. Kassak, Esquire
Counsel for Defendant, Morton C. Batt

DOCS_NJ 238579v.1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, PAUL WATTS on their own behalf and on behalf of other participants in the defendant ERISA Plans,<br><br>Plaintiffs,<br><br>v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, WHITE & WILLIAMS, LLP, SCIALABBA & MORRISON, P.C., ANTHONY L. SCIALABBA & ASSOCIATES, P.C., THE STANDARD AUTOMOTIVE 401(K) PLAN, THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br><br>Defendants. | Civil Action No. 05-10355 NG |

## CERTIFICATE OF SERVICE

Michael O. Kassak, Esquire hereby certifies that a true and correct copy of the entry of appearance on behalf of defendant, Morton C. Batt, has been served on all counsel listed below via United States mail on this date:

Matthew A. Caffrey
Caffrey & Smith, P.C.
300 Essex Street
Lawrence MA 01840

Anthony L. Scialabba, Esq.
Scialabba & Associates, P.C.
1002 Lincoln Drive West, Suite B
Marlton, NJ 08053
(Admitted Pro Hac Vice)

Ronald M. Jacobs
Conn Kavanaugh Rosenthal Peisch & Ford LLP
Ten Post Office Square
Boston, MA 02109

DOCS_NJ 238579v.1

Henry C. Dinger
Gadsby Hannah, LLP
225 Franklin Street
Boston, MA 02110

Joshua L. Stayn
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

                    WHITE AND WILLIAMS LLP

By: _____
       Michael O. Kassak, Esquire
       Counsel for Defendant, Morton C. Batt

DOCS_NJ 238579v.1