UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY DESMOND & THOMAS ZIOBROWSKI
        Plaintiff(s)

V.

MORTON C. BRATT, ANTHONY L. SCIALABBA,
WHITE & WILLIAMS, LLP, CITISTREET, LLC,
SCIALABBA & MORRISON, P.C.,
THE STANDARD AUTOMOTIVE 401(K) PLAN,
THE STANDARD AUTOMOTIVE EMPLOYER CONSTRIBUTION PLAN,
ANTHONY L. SCIALABBA & ASSOCIATES, P.C.
        Defendant(s)

CIVIL ACTION

NO. 05-10355-NG

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE __NANCY GERTNER__

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On __January 5, 2006__ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION
    __X__ MEDIATION      _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]  Settled. Your clerk should enter a _____ day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[x]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list. Parties have filed a motion to transfer and consolidate [53] this case with MDL-1753 In Re Standard Automotive Corp. Retire Benefit ERISA Litigation pending in New Jersey, with the Judicial Panel on Multidistrict Litigation because the cases involve similar operative facts, which this Court recommends.

[ ]  Suggested strategy to facilitate settlement:

__1/5/2006__
DATE

__/S/ Joyce London Alexander__
ADR Provider