UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, AND PAUL WATTS, on their own behalf and on behalf of other participants in the defendant ERISA Plans,<br><br>    Plaintiffs,<br><br>  v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, WHITE & WILLIAMS, LLP, SCIALABBA & MORRISON, P.C., THE STANDARD AUTOMOTIVE 401(K) PLAN, AND THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br><br>    Defendants. | Civil Action No. 05-10355-NG |

## CITISTREET, LLC'S CORPORATE DISCLOSURE STATEMENT (AMENDED)

Pursuant to Local Rule 7.3(B), defendant CitiStreet, LLC ("CitiStreet") hereby amends its Corporate Disclosure Statement filed on May 2, 2005, by replacing the corporate information in that Statement with the following updated corporate information:

(a)    CitiStreet's members are State Street Bank and Trust Company and Keeper Holdings LLC;

    (1)    State Street Bank and Trust Company is a wholly-owned subsidiary of State Street Corporation, a publicly-traded company.

    (2)    Keeper Holdings LLC's members are Primerica Life Insurance Company and SSB Keeper Holdings LLC.

        (i)    Primerica Life Insurance Company is a wholly-owned subsidiary of Citigroup Insurance Holding Corporation, which is a wholly-

      owned subsidiary of Associated Madison Companies, Inc., which is a wholly-owned subsidiary of Citigroup Inc., a publicly traded company.

(ii)    SSB Keeper Holdings LLC's sole member is Citigroup Global Markets Holding Inc., which is a wholly-owned subsidiary of Citigroup Inc., a publicly traded company.

(b)    No publicly held company directly owns ten percent (10%) or more of CitiStreet.

CITISTREET, LLC

By its attorneys,

Dated: January 18, 2006

/s/ Henry C. Dinger
Henry C. Dinger (BBO # 125340)
Joshua L. Stayn (BBO # 652344)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

LIBA/1667702.1

2