BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____
                              )
In re Standard Automotive ERISA Litigation  )    MDL Docket No.
                              )                  1753
_____)

PROOF OF SERVICE

    I, Ronald D. Goldman, hereby certify that the following documents were served this date by mail on each of the following attorneys:

1.    Motion for Reconsideration of Defendants Anthony L. Scialabba, Anthony L. Scialabba & Associates, PC., Morton C. Batt, and John E. Elliott II;

2.    Brief in Support of Motion for Reconsideration.

Michael Kassak, Esq.
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
**Attorneys for Morton C. Batt**

Thomas P. Smith, Esq.
CAFFREY & SMITH
300 Essex Street
Lawrence, MA 01840
**Attorneys for Mary Desmond,
Thomas Ziobrowski, Paul Watts,
et al.**

Kathleen M. Nagle, Esq.
Peter F. Vaira, II, Esq.
Vaira & Riley, PC
1600 Market Street, Suite 2650
Philadelphia, PA 19103
**Attorneys for John E. Elliott, II**

Henry C. Dinger, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
**Attorneys for CitiStreet, LLC**

Howard M. Radzely, Solicitor of Labor
Patricia M. Rodenhausen, Regional Solicitor
Jennifer D. Weekley, Esq.
U.S. Department of Labor
201 Varick St., Room 983
New York, NY  10014
**Attorneys for the United States
Department of Labor**

Ronald M. Jacobs, Esq
Conn Kavanaugh Rosenthal
Peisch & Ford, LLP
Ten Post Office Square-4th Floor
Boston, MA  02109
**Attorney for Anthony L. Scialabba, and
Anthony L. Scialabba & Associates, PC**

Arthur D. Goldman, Esq.
Attorney at Law
PO Box 115
Paoli, PA 19301
(484) 343-2856

Attorney for
**Anthony L. Scialabba, and
Anthony L. Scialabba & Associates, PC**