Morton C. Batt
2424 NW 63rd Street
Boca Raton FL 33496-3626
telephone: 561.893.6870
fax: 561.868.2137
E-mail: morton.batt@psinet.com

June 06, 2006

Honorable Nancy Gertner
United States District Court
District of Massachusetts
1 Court House Way
Boston MA 02210

RE: Desmond v. CitiStreet, et al.
　 Docket No.: 05-cv-10355 NG
　 ORDER OF JULY 13,2005 BARRING DEDUCTIONS
　 OR WITHDRAWALS FROM
　 STANDARD AUTOMOTIVE 401 (k) PLAN

Dear Judge Gertner:

　　　It is respectfully requested that the Court modify the captioned Order to permit the deduction of $413.00 from assets of the SAC 401 (k) Plan ("the Plan") needed to fund payment of the three year premium for the "ERISA" bond covering the plan. Attached hereto please find a copy of ; (a) transmittal letter from Bieber Insurance and, (b) Bieber Invoice # 6603.

　　　The deduction of this $463.00 from plan assets now being requested is in addition to the $750.00 deduction , plus use of $3,750.00 remaining in the Trustee's SAC account, needed for audit fees as requested in my letter of May 01, 2006.

1

Upon approval from the Court for use of plan assets to pay both the audit fees and three year bond premium I ask that such deductions be permitted against the unearned retainer monies now being held by the White and Williams law firm. White and Williams is holding the unearned retainer by agreement of the parties-in-interest.

Respectfully submitted,

Morton C. Batt

cc:
Henry C. Dinger, Esq.
Ronald M. Jacobs, Esq.
Michael O. Kassak, Esq.
Michael F. Kraemer, Esq.
Anthony L. Scialabba, Esq.
Thomas P. Smith, Esq.
Jennifer Weekley, Esq.

2

# Joseph Aimi
# Kenneth Bieber Insurance Inc.
# 220 East 42nd Street Suite 2202
# New York, NY 10017
Phone: (212)983-3700   Fax: (212)867-6024

May 19, 2006

Standard Automotive Corp.
c/o Morton Batt
2424 NW 63rd Street
Boca Raton, FL  33496

We were told that you now handle this account by Scialabba & Associates. Please note that my staff is available to help with any questions you may have.

Please be confident that we will give you prompt, quality, personal service to your account.

Please review attached bond renewal certificate carefully. In the event of a loss, your rights to insurance coverage will be controlled by the terms, conditions and exclusions as set forth in this policy. If you have any questions or there are any discrepancies, please call our office.

INSURANCE COMPANY: Travelers Insurance
POLICY#: 104151660
POLICY : ERISA BOND 401K
PREMIUM: $413.00  (3 Year Premium)

OUR INVOICE IS ATTACHED

Established in 1962
**KENNETH BIEBER INC.**
Complete Insurance Service
220 East 42nd St. Suite 2202
New York, NY 10017
Phone: (212) 983-3700

**SERVING THE CUSTOMER SINCE 1962**

**ST PAUL TRAVELERS**

April 28, 2006

Kelly E Gubanich
770 Pennsylvania Drive
Suite 110
EXTON, PA 19341
Phone:(610) 458-2203
Fax:(866) 785-2463
Email:KGUBANIC@stpaultravelers.com

BIEBER\KENNETH\INC (007012)
220 EAST 42ND ST STE 2202
NEW YORK, NY 10017

This is an Agency Billed Policy.

This is the Renewal for

STANDARD AUTOMOTIVE CORPORATION EMPLOYEE CONTRIBUTION PLAN
1002 LINCOLN DRIVE, WEST, STE B
MARLTON, NJ 08053

Product Type: ERISA SAA
Policy Number: 104151654
Total Policy Premium: $279.00

Policy Period: August 6, 2003     to   Until Cancelled
Billing Period: August 6, 2006    to   August 6, 2009
Trans Effective Date: August 6, 2006
Commission-Percentage: 20%
Special Commission: $0.00

Countersignature Commission: $0.00
Countersignature Rate: 0%

|  |  |  |  | Premium Years | |
|---|---|---|---|---|---|
| Coverage | Liability | Deductible | Year 1 | Year 2 | Year 3 |
| A-Blkt | $100,000 | $0 | $279.00 | Included | Included |
| Surcharge: | | | $0.00 | $0.00 | $0.00 |
| Tax: | | | $0.00 | $0.00 | $0.00 |
| Combined Premium: | | | $279.00 | $0.00 | $0.00 |

Comments:
Thank you for placing your business with us.

PE-0001 (2-95)