**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **MARY DESMOND et al.** )<br>　　Plaintiffs, )<br> )<br>　　v. )<br> )<br>**MORTON C. BATT et al.** )<br>　　Defendants. ) | **C.A. No.05-10355**<br>**LEAD DOCKET NUMBER** |
| **ELAINE L. CHAO, et al.,** )<br>　　Plaintiffs, )<br> )<br>　　v. )<br> )<br>**ANTHONY L. SCIALABBA et al.** )<br>　　Defendants. ) | **C.A. No.06-10812** |

**ORDER OF CONSOLIDATION**

　　The two cases above are **ORDERED** consolidated under the **lead case, docket number 05-10355-NG,** pursuant to Fed. R. Civ. P. 42. The cases have already been consolidated in this Court by order of the Panel on Multi-District Litigation pursuant to 28 U.S.C. § 1407.

　　**All future pleadings and submissions shall be filed only under the lead case number 05-10355-NG, and lead caption. Pending motions previously filed under the case number 06-10812-NG shall be re-submitted under the lead case number 05-10355-NG.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: October 4, 2006     /s/ NANCY GERTNER, U.S.D.J.**