```
                                          FILED
                                          Clerk's Office
                                          USDC, Mass.
                                          Date 10/10/06
                                          By_____
                                          Deputy Clerk
BUTTAFUOCO, ARCE & PRICE
Park Professional Plaza
2509 Park Avenue, Suite 1C
South Plainfield, NJ 07080
(908) 668-8829
Attorney for Defendant(s)
Anthony L. Scialabba
```

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department Of Labor, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CASE NO.: 05-CV-3732 (JBS) |
| Plaintiff(s) | |
| vs. | CIVIL ACTION   06-10812 |
| ANTHONY L. SCIALABBA, MORTON BATT, JOHN E. ELLIOTT 11, and STANDARD AUTOMOTIVE CORPORATION 401 (K) PLAN, | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |
| And | |
| ANTHONY L. SCIALABBA, | |
| Defendant(s)/Third Party Plaintiff(s) | |
| Vs. | |
| CITISTREET ASSOCIATES, LLC, | |
| Third Party Defendant(s) | |

The undersigned hereby consents to the Substitution of **Joseph Buttafuoco, Esq.** as Attorney(s) for the Defendant(s), **Anthony L. Scialabba**, "as to claims against Anthony L. Scialabba for performing unnecessary work, as a non-fiduciary and negligently recommending firms to the 401K plan of Standard Automotive

**Corporation"**, in the above entitled cause.

DATED: August 9, 2006

MICHAEL B. PISANI, ESQUIRE

_/s/ Michael Pisani_
MICHAEL B. PISANI, ESQ.
Withdrawing Attorney(s)

BUTTAFUOCO, ARCE & PRICE, LLC

By /s/Joseph Buttafuoco, Esq.
(JB4489)
Joseph Buttafuoco, Esq.
Superseding Attorney(s)
2509 Park Avenue, Suite 1C
South Plainfield, NJ 07080