UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, PAUL WATTS on their own behalf and on behalf of other participants in the defendant ERISA Plans<br>**Plaintiffs**,<br><br>v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, SCIALABBA & MORRISON, P.C., ANTHONY L. SCIALABBA & ASSOCIATES, P.C. THE STANDARD AUTOMOTIVE 401(K) PLAN, THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br>**Defendants**.<br><br>ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br>**Plaintiff**,<br><br>v.<br><br>MORTON BATT, JOHN E. ELLIOTT II, ANTHONY L. SCIALABBA, and the THE STANDARD AUTOMOTIVE 401(K) PLAN<br>**Defendants/Third Party Plaintiffs**<br><br>v.<br><br>CITISTREET, LLC,<br>**Third Party Defendant** | Civil Action No. 05-cv-10355 NG |

## PROPOSED DISCOVERY PLAN

Pursuant to the Court's order at the October 4, 2006 Status Conference, the parties submit the following proposed discovery plan:

1.     **Discovery Plan**

| | |
|---|---|
| Initial disclosures under Rule 26(a)(1): | November 15, 2006 |
| Opening of fact discovery: | November 15, 2006 |
| Close of fact discovery: | September 1, 2007 |
| Expert disclosures under Rule 26(a)(2) as to those issues for which the disclosing party has the burden of proof: | October 1, 2007 |
| Rebuttal expert disclosures: | November 1, 2007 |
| Close of expert discovery: | December 15, 2007 |
| Dispositive motions filed: | January 15, 2008 |
| Opposition to dispositive motions: | February 15, 2008 |
| Hearing on dispositive motions: | To be set by Court |
| Final Pretrial Conference: | To be set by Court |
| Trial date: | To be set by Court |

2.     **Discovery Event Limitations**

The parties expect to abide by the discovery event limitations set forth in Local Rule 26.1.  Each of the following will be deemed one "side (or group of parties with a common interest)" for purposes of that rule: (1) Secretary of Labor; (2) Mary Desmond, Thomas Ziobrowski and Paul Watts; (3) Anthony L. Scialabba and Anthony L. Scialabba and Associates, P.C.; (4) Morton C. Batt; (5) CitiStreet, LLC; and (6) John E. Elliott II.

ELAINE L. CHAO, SECRETARY OF LABOR

DEPARTMENT OF LABOR

By her attorneys,


   /s/   Jennifer D. Weekley
Howard Radzely, Solicitor
Patricia M. Rodenhausen, Regional Solicitor
Jennifer D. Weekley, Attorney
 UNITED STATES DEPARTMENT OF LABOR
 201 Varick Street, Rom 983
 New York, NY 10014
 Telephone: (212) 337-2094
 Telecopy: (212) 337-2112



PLAINTIFFS MARY DESMOND, THOMAS ZIOBROWSKI, and
PAUL WATTS,

By their attorneys,


  /s/    Thomas P. Smith
Thomas P. Smith (BBO #555513)
Matthew A. Caffrey (BBO #558901)
 CAFFREY & SMITH, P.C.
 300 Essex Street
 Lawrence, MA 01840
 Telephone: (978) 686-6151
 Telecopy: (978) 686-3399

MORTON C. BATT

By his attorneys,


 /s/    Michael O. Kassak
Michael O. Kassak, Esq.
 WHITE and WILLIAMS LLP
 457 Haddonfield Road, Suite 400
 Cherry Hill, NH 08002
 Telephone: (856) 317-3653
 Telecopy: (856) 317-3603


ANTHONY L. SCIALABBA and
ANTHONY L. SCIALABBA and ASSOCIATES, P.C.

By their attorneys,


  /s/    Ronald M. Jacobs
Ronald M. Jacobs (BBO # 561535)
 CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
 Ten Post Office Square
 Boston, MA 02109
 Telephone: (617) 482-8200
 Telecopy: (617) 482-6444


  /s/    Arthur G. Goldman
Arthur G. Goldman, Esq.
 P.O. Box 115
 Paoli, PA 19301
 Telephone: (484) 343-2856
 Telecopy: (610) 296-7730

JOHN E. ELLIOTT, II

By his attorneys,


   /s/   William J. Murray, Jr.
William J. Murray, Jr., Esq.
 VAIRA & RILEY, P.C.
 1600 Market Street, Suite 2650
 Philadelphia, PA 19103
 Telephone: (215) 751-2700
 Telecopy: (215) 751-9420

CITISTREET, LLC

By its attorneys,


  /s/   Henry C. Dinger
Henry C. Dinger (BBO #125340)
 GOODWIN PROCTER LLP
 Exchange Place
 Boston, MA 02109
 Telephone: (617) 570-1000
 Telecopy: (617) 523-1231


Date: October 23, 2006


Certificate of Service

     I, Thomas P. Smith, hereby certify that I served a true copy of the foregoing document, upon the other parties of record by employing the Court's ECF electronic filing system on this 23rd Day of October 2006.


   /s/  Thomas P. Smith
   Thomas P. Smith