# Buttafuoco, Arce & Price L.L.C.

JOSEPH BUTTAFUOCO
ROBERT ARCE
GARY M. PRICE +*
NICHOLAS R. BUTTAFUOCO

———

JAMES G. SERRITELLA
STEVEN T. PLINIO**

———

+ CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
* MEMBER OF NJ, NY & MD BARS
**CHIROPRACTIC PHYSICIAN

ATTORNEYS AT LAW

PARK PROFESSIONAL PLAZA
2509 PARK AVENUE
SOUTH PLAINFIELD,
NEW JERSEY 07080

(908) 668-8829
FAX (908) 668-8927

HUDSON/BERGEN COUNTY:
1223 ANDERSON AVE, 2ND FL
FORT LEE, NEW JERSEY 07024

UNION/ESSEX COUNTY
570 SOUTH AVE
BLDG. A, 2ND FLOOR
CRANFORD, NEW JERSEY 07016
(908) 497-9759

NEW YORK:
115 BROADWAY, 19TH FL
NEW YORK, NEW YORK 10006

REPLY TO: SO. PLAINFIELD

email: nickb@BAPlawyers.com

December 20, 2006

The Honorable Nancy Gertner
United States District Court for the
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: Department of Labor v. Elliot, et al., 06-CV-10812
Desmond, et al. v. Batt, et al. 05-CV-10355
Chao vs. Scialabba, et als Civil Action No.: 05-CV-3732 (JBS)
Claim No.: 2005-WAL 0019

Dear Judge Gertner:

I represent, Anthony Scialabba, in the above matter. This letter serves to join in the letter written by the Department of Labor to have this matter scheduled for settlement mediation.

Thank you for your consideration in this matter.

Very truly yours,

Nicholas R. Buttafuoco, Esq.

NRB/ll
C: Patricia Rodenhausen, Esq.
Arthur D. Goldman, Esq.
Michael O. Kassak, Esq.
William Murray, Esq.
Henry C. Dinger, Esq.
Ronald M. Jacobs, Esq.
Thomas Caffrey, Esq.