Morton C. Batt
2424 NW 63rd Street
Boca Raton Fl 33496-3626
telephone: 561.893.6870
fax: 561.868.2137
E-mail: morton.batt@psinet.com

December 20 2006

TO: SERVICE LIST

RE: RESIGNATION OF
    MORTON C. BATT AS TRUSTEE
    STANDARD AUTOMOTIVE CORPORATION
    EMPLOYER CONTRIBUTION PLANS (" the Plan")

Dear Ladies and Gentlemen:

    Pursuant to the terms of Trust Agreements for the Plan, section 4.03 of the SAC Employer Contribution Plan Trust, the undersigned hereby tenders his resignation as Plan Administrator and Trustee ("PAT")

    The plan has no assets and a final 5500 return has been filed.

    Accordingly, the PAT believes that there is no need for his continued services and asks that his above described resignation be accepted without opposition..

Respectfully submitted,

Morton C. Batt

1

Service List

Honorable Nancy Gertner ✓
Henry C. Dinger, Esq.
John Elliott
Ronald M. Jacobs, Esq.
Michael O. Kassak, Esq.
Michael F. Kraemer, Esq.
Anthony L. Scialabba, Esq.
Thomas P. Smith, Esq.
Jennifer Weekley, Esq.