**U.S. Department of Labor**   Office of the Solicitor
201 Varick Street
New York, New York 10014



Reply to the Attention of: SOL: JDW
212-337-2094

February 22, 2007

Clerk of the Court
United States District Court for the
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts  02210

Re: Desmond, et al. v. Batt, et al., and Chao v. Elliot, et al., 05-CV-10355 (D. Mass.) NG

Dear Sir or Madam:

We are writing to respectfully request that the undersigned, Jennifer D. Weekley, be substituted as attorney of record for the Secretary of the United States Department of Labor, plaintiff Elaine L. Chao, in the referenced action. The attorney currently listed as attorney of record is Regional Solicitor Patricia M. Rodenhausen. While Ms. Rodenhausen's name appears on the Complaint (as does Ms. Weekley's), Ms. Weekley should be appearing before the Court in this matter, and the substitution is therefore requested. The Notice of Substitution is enclosed.

In addition, it has come to our attention that the Court may have in its records an improper address for this office. The address to which all mail should be sent is:

> Office of the Regional Solicitor
> U. S. Department of Labor
> 201 Varick Street, Ste. 983
> New York, New York   10012

Thank you for your assistance.

Sincerely,

Patricia Rodenhausen
Regional Solicitor

By: _____
    Jennifer Weekley


cc: The Honorable Nancy Gertner
The Honorable Judith Gail Dein
Thomas Smith, Esq.
Michael O. Kassak, Esq.
Ronald Jacobs, Esq.
Henry Dinger, Esq.
Peter Vaira, Esq.
Art Goldman, Esq.