```
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

------------------------------------
MARY DESMOND, THOMAS ZIOBROWSKI,        :
PAUL WATTS on their own and on behalf
of other participants in the defendant : Civil Action
ERISA Plans,                             File Nos. 05-10355
                                         and 06-102812
                                        :

            Plaintiffs,                 :

      v.                                :

MORTON C. BATT, ANTHONY L. SCIALABBA,   :
CITISTREET, LLC, SCILABBA & MORRISON,
P.C., ANTHONY L. SCIALABBA &            :
ASSOCIATES, P.C., THE STANDARD
AUTOMOTIVE 401(K) PLAN, THE STANDARD    :
AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,

                                        :
            Defendants.
                                        :
------------------------------------
ELAINE L. CHAO, Secretary of Labor      :
United States Department of Labor,

      Plaintiff,                        :

      v.                                : NOTICE OF
                                          SUBSTITUTION OF
ANTHONY L. SCIALABBA, MORTON BATT,      : COUNSEL OF RECORD
JOHN E. ELLIOTT II, and STANDARD
AUTOMOTIVE CORPORATION 401(K) PLAN,

                                        :
            Defendants.

      v.                                :
CITISTREET, LLC,
                                        :
            Third Party Defendant
------------------------------------
```

1

Jennifer D. Weekley, Esq. is hereby substituted for Patricia M. Rodenhausen, Esq. as attorney of record plaintiff Elaine L. Chao, United States Secretary of Labor.

                            PATRICIA M. RODENHAUSEN
                            Regional Solicitor

                            _____
                            BY: JENNIFER D. WEEKLEY
                            Attorney

                            U.S. Department of Labor,
                            Attorneys for Plaintiff.

                            POST OFFICE ADDRESS:
                            Patricia M. Rodenhausen
                            Regional Solicitor
                            U.S. Department of Labor
                            201 Varick Street, Room 982
                            New York, New York 10014
                            Tel. 212-337-2094