UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY DESMOND, et al.,          )
                               )
         Plaintiffs,           )     CIVIL ACTION
    v.                         )     NO. 05-10355-NG
                               )
MORTON C. BATT, et al.,        )
                               )
         Defendants.           )

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GERTNER

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On __March 22, 2007, and then by telephone on March 23, 2007__, I held the following ADR proceeding:

　　　　　　　 SCREENING CONFERENCE　　　　　　　 EARLY NEUTRAL EVALUATION

　　　X　　　 MEDIATION　　　　　　　　　　　　　 SUMMARY BENCH/JURY TRIAL

　　　　　　　 MINI-TRIAL　　　　　　　　　　　　　 SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[X]  Settled.  The parties will file a motion for approval of settlement within 60 days.

[ ]  There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

　　　　　　　　　　　　　　　　　　　　　　　　　 / s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　　　　 Judith Gail Dein, U.S. Magistrate Judge
DATED:  March 23, 2007　　　　　　　　　　　 ADR Provider