**U.S. Department of Labor**   Office of the Solicitor
201 Varick Street
New York, New York 10014



Reply to the Attention of:
SOL: JDW
212-337-2094

By Facsimile and Regular Mail 617-748-9096

December 15, 2006

The Honorable Nancy Gertner
United States District Court for the
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts  02210

Re: Department of Labor v. Elliot, et al., 06-CV-10812
    Desmond, et al. v. Batt, et al., 05-CV-10355

Dear Judge Gertner:

We are writing to respectfully request that the Court convene a settlement mediation in the referenced matter. Marked progress toward resolution of the case has been made by certain parties, but a full resolution of the case has not been achieved. We believe the Court may be able to assist in bringing the parties toward a full resolution. Even if a full resolution cannot be achieved, we believe that efficiency favors a Court assisted attempt before full litigation is undertaken. We request that Your Honor conduct the mediation, or refer the case to a Magistrate Judge if Court procedure so requires.

All parties consent to this request for a settlement mediation.

Thank you for your consideration.

Sincerely,

Patricia Rodenhausen
Regional Solicitor

By: *[signature]*
Jennifer Weekley


cc: Arthur D. Goldman, Esq.
P.O. Box 115
Paoli, Pennsylvania  19301
FAX 610-296-7730/610-296-7708
Attorney for Defendant
    Anthony Scialabba, Esq.

Michael O. Kassak, Esq.
457 Haddonfield Rd., Suite 400
Cherry Hill, NJ  08002
FAX 856-317-1342
Attorney for Defendant
    Morton Batt

William Murray, Esq.
Vaira & Riley
1600 Market St., Suite 2650
Philadelphia, PA  19103
FAX 215-751-9420
Attorney for Defendant
    John E. Elliot II

Henry C. Dinger, Esq.
Goodwin, Procter LLP
Exchange Place
53 State Street
Boston, Massachusetts  02109
FAX-617-523-1231
Attorney for Citistreet

Ronald M. Jacobs, Esq.
Conn, Kavanaugh
Ten Post Office Square
4th Floor
Boston, Massachusetts  02109
FAX-617-482-6444
Attorney for Mr. Scialabba

Joseph Buttafuoco, Esq.
2509 Park Avenue, Suite 1C
South Plainfield, NJ  07080
FAX 908-668-8927
Attorney for Mr. Scialabba

Thomas Caffrey, Esq.
Caffrey & Smith
P.O. Box 1317
300 Essex Street
Lawrence, Massachusetts  01842
FAX 978-683-3399
Attorney for Desmond Plaintiffs