**U.S. Department of Labor**   Office of the Solicitor
201 Varick Street
New York, New York 10014



Reply to the Attention of:
SOL: JDW
212-337-2094

<u>By Regular Mail</u>

May 23, 2007

The Honorable Nancy Gertner
United States District Court for the
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: <u>Department of Labor v. Elliot, et al.</u>, 06-CV-10812
    <u>Desmond, et al. v. Batt, et al.</u>, 05-CV-10355

Dear Judge Gertner:

We are writing to respectfully inform the Court that the Department of Labor is actively negotiating the terms of a Consent Judgment with the defendants in the first action referenced above. We expect to submit a proposed Consent Judgment, signed by the parties, to the Court to be "so ordered" within the next thirty days.

Thank you for your consideration.

Sincerely,

Patricia Rodenhausen
Regional Solicitor

By: _____
Jennifer Weekley

cc: Arthur D. Goldman, Esq.
P.O. Box 115
Paoli, Pennsylvania 19301
FAX 610-296-7730/610-296-7708

Michael O. Kassak, Esq.
457 Haddonfield Rd., Suite 400
Cherry Hill, NJ 08002
FAX 856-317-1342

Peter F. Vaira, Esq.
1600 Market St., Suite 2650
Philadelphia, PA 19103
FAX 215-751-9420

Henry C. Dinger, Esq.
Goodwin, Procter LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
FAX-617-523-1231

Ronald M. Jacobs, Esq.
Conn, Kavanaugh
Ten Post Office Square
4th Floor
Boston, Massachusetts 02109
FAX-617-482-6444

Thomas Smith, Esq.
Caffrey & Smith
P.O. Box 1317
300 Essex Street
Lawrence, Massachusetts 01842
FAX 978-683-3399

Joseph Buttafuoco, Esq.
Buttafuoco, Arce & Price
2509 Park Avenue
South Plainfield, New Jersey 07080