

June 18, 2007

Honorable Judge Nancy Gertner
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

    RE:    Chao v. Standard Automotive 401(k) Plan
             Civil Action File No. 05-cv-10355 NG

Dear Judge Gertner:

Thank you for appointing me as Independent Fiduciary for the above referenced plan. I will work diligently and expeditiously to distribute the assets in the plan to all plan participants and beneficiaries. Pursuant to Item 7 of the Order, I respectfully report the following as significant actions taken on behalf of the Plan since my appointment:

1. I have collected and reviewed plan and trust records.

2. I have secured an ERISA Fidelity Bond (Bond Number CSC-886173E), expiring May 2008. This bond will be annually renewed until the trust has depleted its assets and all participants and beneficiaries have been paid.

3. I have worked with Department of Labor to waive certain expensive regulatory requirements associated with the filing of the Plan's annual tax return so that those expenses will not be paid by the Plan.

4. I have worked with Department of Labor to accept as filed the Plan's tax return for the period ending December 31, 2005.

5. I have marshaled the escrowed funds in the amount of $37,313.17, previously held by the law firm White and Williams, LLP.

6. I have submitted a proposed distribution plan to the court, pursuant to Item 3 of the Order.

I anticipate attending the fairness hearing on July 11th. The costs associated with travel and time while attending the hearing will be the responsibility of the Independent Fiduciary, not the Plan. No fees have been withdrawn from the plan since my appointment, pending approval by the court (as disclosed in my proposed distribution plan).

Please contact me if you have any questions or require additional information.

Sincerely,

Jacqueline M. Carmichael

---

JM Pension Advisory, Inc.        Voice:    301/417-0099
15807 Crabbs Branch Way      Fax:      301/417-2929
Suite B                                    E-mail:   info@jmpension.com
Derwood, Maryland 20855       Website   www.jmpension.com

Distribution to:

John Campbell
US Department of Labor
Office of the Solicitor
201 Varick Street
New York NY   10014

Jennifer Weekley
US Department of Labor
Office of the Solicitor
201 Varick Street
New York NY   10014

Arthur D. Goldman
Attorney for Defendant Scialabba
Post Office Box 115
Paoli, PA   19301

Michael Kassak
Attorney for Defendant Batt
457 Haddonfield Road, Suite 400
Cherry Hill NJ   08002

Peter Vaira, Attorney for Defendant Elliot II
1600 Market Street, Suite 2650
Philadelphia PA   19103

Henry Dinger, Attorney for Citistreet
Goodwin, Procter LLP
Exchange Place
53 State Street
Boston MA   02109

Thomas Caffrey
Caffrey & Smith
300 Essex Street
Lawrence MA   01842

Ronald M. Jacobs, Esq.
Conn, Kavanaugh
Ten Post Office Square
4th Floor
Boston, Massachusetts 02109

Joseph Buttafuoco, Esq.
Buttafuoco, Arce & Price
2509 Park Avenue
South Plainfield, New Jersey 07080