UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, PAUL WATTS on their own behalf and on behalf of other participants in the defendant ERISA Plans<br>**Plaintiffs,**<br><br>v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC,<br>SCIALABBA & MORRISON, P.C.,<br><br>ANTHONY L. SCIALABBA & ASSOCIATES, P.C.<br>THE STANDARD AUTOMOTIVE 401(K) PLAN, THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br>**Defendants.** | Civil Action No. 05-cv-10355 NG |
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br>**Plaintiff,**<br><br>v.<br><br>MORTON BATT, JOHN E. ELLIOTT II, ANTHONY L. SCIALABBA, and the THE STANDARD AUTOMOTIVE 401(K) PLAN<br>**Defendants/Third Party Plaintiffs**<br><br>v.<br><br>CITISTREET, LLC,<br>**Third Party Defendant** | Proposed Order |

## ~~PROPOSED~~ ORDER ON ATTORNEY'S FEES AND EXPENSES

After Hearing, It Is Hereby ORDRED And ADJUDGED:

1.      Attorneys fees in the amount of $100,000 and expenses of $2,978.80 are approved as fair and reasonable and the Independent Fiduciary may make payment of such amounts to Representative Plaintiff's law firm, Caffrey & Smith, P.C., from the settlement funds collected.

IT IS SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE NANCY GERTNER

Date: July 10, 2007.