UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, PAUL WATTS on their own behalf and on behalf of other participants in the defendant ERISA Plans<br>   **Plaintiffs**,<br><br>   v.<br><br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, SCIALABBA & MORRISON, P.C., ANTHONY L. SCIALABBA & ASSOCIATES, P.C.<br>THE STANDARD AUTOMOTIVE 401(K) PLAN, THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN,<br>   **Defendants**.<br><br>ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br>   **Plaintiff**,<br><br>   v.<br><br>MORTON BATT, JOHN E. ELLIOTT II, ANTHONY L. SCIALABBA, and the THE STANDARD AUTOMOTIVE 401(K) PLAN<br>   **Defendants/Third Party Plaintiffs**<br><br>   v.<br><br>CITISTREET, LLC,<br>   **Third Party Defendant** | Civil Action No. 05-cv-10355 NG |

## PLAINTIFFS' MOTION FOR APPROVAL OF
## INDEPENDENT FIDUCIARY'S PLAN OF DISTRIBUTION

Now come the plaintiffs Mary Desmond, Thomas Ziobrowski and Paul Watts (the

- 1 -

"Representative Plaintiffs"), on their own behalf and on behalf of the other participants in the Standard Automotive 401(k) Plan, and seek the Court's approval of the plan of distribution proposed by the Independent Fiduciary dated June 21, 2007 and entered on the docket on July 5, 2007 (Document No. 90).

As grounds for this Motion, the Representative Plaintiffs state that notice of the Independent Fiduciary's distribution plan was sent to all participants, that no objections have been received, that the proposed distribution plan is fair and reasonable in minimizing expenses borne by the Plan participants and speeding the distribution of 401(k) retirement funds which have been beyond the reach of Plan participants (including some retirees) for over four years.

A proposed order is attached as Exhibit 1.

                                        Plaintiffs,

                                        By their attorneys,


                                         /s/  Thomas P. Smith_____
                                        Thomas P. Smith (BBO #555513)
                                        CAFFREY & SMITH, P.C.
                                        300 Essex Street
                                        Lawrence, MA 01840
                                        Telephone: (978) 686-6151
                                        Telecopy: (978) 686-3399

Date:   July 13, 2007

CERTIFICATE OF SERVICE

    I, Thomas P. Smith, served a copy of the foregoing document on those parties whose counsel have registered with the Court's ECF service by employing such service for filing this document.


Date: July 13, 2007                                        /s/ Thomas P. Smith
                                                                               Thomas P. Smith

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARY DESMOND, THOMAS ZIOBROWSKI, PAUL WATTS on their own behalf and on behalf of other participants in the defendant ERISA Plans )<br>**Plaintiffs**, )<br>)<br>v. )<br>)<br>MORTON C. BATT, ANTHONY L. SCIALABBA, CITISTREET, LLC, SCIALABBA & MORRISON, P.C., )<br>)<br>ANTHONY L. SCIALABBA & ASSOCIATES, P.C. THE STANDARD AUTOMOTIVE 401(K) PLAN, THE STANDARD AUTOMOTIVE EMPLOYER CONTRIBUTION PLAN, )<br>**Defendants**. )<br>)<br>ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, )<br>**Plaintiff**, )<br>)<br>v. )<br>)<br>MORTON BATT, JOHN E. ELLIOTT II, ANTHONY L. SCIALABBA, and the THE STANDARD AUTOMOTIVE 401(K) PLAN )<br>**Defendants/Third Party Plaintiffs** )<br>)<br>v. )<br>)<br>CITISTREET, LLC, )<br>**Third Party Defendant** )  | Civil Action No. 05-cv-10355 NG |

**ORDER APPROVING DISTRIBUTION PLAN**

After Notice and Hearing, It Is Hereby ORDRED And ADJUDGED:

- 1 -

      1.      Notice having been provided to Plan participants, and no objections having been received, the distribution plan proposed by the Independent Fiduciary (see Docket No. 90) is approved by the Court, and the Independent Fiduciary is authorized to distribute Plan assets in accordance with said plan.

IT IS SO ORDERED,

                                  _____
                                  UNITED STATES DISTRICT JUDGE NANCY GERTNER

Date: