**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 4130
BOSTON, MASSACHUSETTS 02210

NANCY GERTNER
DISTRICT JUDGE

February 5, 2008

05cv10355 NG
06cv10812 NG

Attention: Jeffery N. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

    Re:    MDL Docket 1753
                In re Standard Automotive Retiree Benefits "ERISA" Litigation

Dear Mr. Luthi:

    This is to inform you that the two cases that comprise MDL docket 1753, Desmond, et al. v. Morton C. Batt, et al. and Chao et al. v. Scialabba, et al. have settled. The Chao case was transferred to this Court on December 28, 2005, to be consolidated with Desmond. A consent judgment was entered and approved by me on August 22, 2007, on the docket of both cases. That consent decree resolved all pending matters in the litigation and closes this litigation.

    Thank you very much for your attention.

                            Sincerely,

                            Nancy Gertner, U.S.D.J.

NG/gam